## United States District Court for the Northern District of Illinois

Case Number: 08CV3992    Assigned/Issued By: DAJ

Judge Name:    Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                                 ☐ Alias Summons

☐ Third Party Summons                     ☐ Lis Pendens

☐ Non Wage Garnishment Summons            ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____
                                          _____
                                          (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
        (Type of Writ)

__7__ Original and __0__ copies on __07/15/08__ as to __DEF'S._____

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05